

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2022

No. 04-22-00114-CV

Chris **SCHAPIRA** and Patricia Benitez,
Appellants

v.

Javier **SALAZAR**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-08671
Honorable Aaron Haas, Judge Presiding

# O R D E R

On March 7, 2022, we ordered appellants to provide written proof to this court that either: (1) they had paid or made arrangements to pay the district clerk's fee to prepare the clerk's record; or (2) appellants are entitled to appeal without paying the clerk's fee. On March 8, 2022, appellant filed a sufficient response to our order. Accordingly, we retain this appeal on our docket.

The clerk's record was filed on March 10, 2022, and the reporter's record was filed on March 14, 2022. Because this is an accelerated appeal, appellants' brief is therefore due **by April 4, 2022**. *See* TEX. R. APP. P. 38.6(a)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court